**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TRACY CROW                                                                                               PLAINTIFF

V.                                           NO. 3:04CV00229 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                           DEFENDANT

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 16th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE